UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **ED CV 18-1537-DMG (SHKx)**                                Date  January 24, 2020

Title  *Norma Garcia v. Tapestry, Inc., et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Brian J. Mankin | Gregory W. Knopp |

**Proceedings: Plaintiff's Motion for Preliminary Approval of Class Action Settlement [60]**

The cause is called and counsel state their appearance. The Court and counsel confer. Following discussions with counsel, Plaintiff's Motion for Preliminary Approval of Class Action Settlement [Doc. # 60] is GRANTED for the reasons stated on the record. The Court requests that Plaintiff's counsel arrange for a website where information relating to the proposed class action settlement and motion for fees can be viewed by class members. Plaintiff's counsel shall file with the Court and upload a copy of the motion for fees and incentive awards onto the website at least three weeks before the deadline for class members to file objections and opt outs.

Counsel shall e-mail to the clerk the proposed class notice and opt-out form in Word format for the Court to review. The hearing on Plaintiff's motion for final approval of class action settlement will be held on **May 29, 2020 at 10:00 a.m.**

A written order will issue.

:17