1  Brian J. Mankin, Esq. [CSB No. 216228]
   Misty M. Lauby, Esq. [CSB No. 243009]
2  FERNANDEZ & LAUBY LLP
   4590 Allstate Drive
3  Riverside, CA 92501
   Tel: (951) 320-1444
4  Fax: (951) 320-1445
   bjm@fernandezlauby.com
5
   Attorneys for Plaintiffs and others similarly situated
6

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | NORMA GARCIA and KARINA ANDRADE, individually, on a representative basis, and on behalf of all others similarly situated; | Case No.: 5:18-cv-1537 DMG (SHK) [Assigned to the Hon. Dolly M. Gee] |
|---|---|---|
| | | **FRCP RULE 23 CLASS ACTION** |
| | Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| | vs. | |
| | TAPESTRY, INC., a Maryland Corporation which will do business in California as Coach Leatherware California, Inc. DBA Coach; and DOES 1 through 10, inclusive; | Hearing Date: May 29, 2020 Time: 10:00 a.m. Courtroom: 8C |
| | Defendants. | Complaint filed: June 13, 2018 |

24  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25        PLEASE TAKE NOTICE that on May 29, 2020, at 10:00 a.m., or as soon

26  thereafter as the matter may be heard in the above-entitled Court located in Courtroom

27  8C at 350 W. First Street, Los Angeles, CA 90012, Plaintiffs Norma Garcia and Karina

28  Andrade will move, pursuant to FRCP Rule 23, for an order granting final approval of the

class action settlement between Plaintiffs and Defendant Tapestry, Inc. ("Tapestry" or "Defendant"). This Motion, which is supported and unopposed by Defendant, seeks final approval of a $995,000 settlement on behalf of the Class Members, including allocations of: (1) attorneys' fees of $331,666.66; (2) litigation costs of $30,609.35; (3) administrator costs of $15,000; (4) PAGA payment to the LWDA of $15,000; (5) a service award to Plaintiffs and class representatives in the amount of $10,000 each; and (6) the employer's share of payroll taxes not to exceed $29,428.96. A proposed order to this effect is filed concurrently herewith.

Specifically, Plaintiffs request that the Court grant final approval of the settlement, as preliminarily approved by the Court, and enter the proposed order and final judgment.

Good cause exists to grant this Motion because the settlement is fair and reasonable pursuant to the criteria established to evaluate such motions.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Joint Stipulation of Class Action Settlement and Release (DE 60-2), Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award (DE 65), along with previously filed supporting declarations of Brian J. Mankin, Esq. (DE 65-1), Misty M. Lauby, Esq. (DE 65-2) and Plaintiffs (DE 65-3 and 65-4), the concurrently filed supplemental declaration of the Settlement Administrator (Emilio Cofinco of CPT Group), the proposed Order submitted herewith, the pleadings and records on file with this Court, and on such oral and documentary evidence as may be presented at the time of hearing.

Dated: April 24, 2020                    FERNANDEZ & LAUBY LLP

                                         BY:      /s/ Brian J. Mankin, Esq.
                                              Brian J. Mankin, Esq.
                                              Attorneys for Plaintiff and the similarly
                                              situated employees